No. 4081

Second Circuit

GIVENS v. FIRST NATL. BANK OF ARCADIA ET AL.

(December 9, 1931. Opinion and Decree.)

Barksdale, Warren & Barksdale, of Ruston, attorneys for plaintiff, appellant.

J. Rush Wimberly, of Arcadia, attorney for defendant, appellee.

McGREGOR, J. In this case counsel for the plaintiff and appellant appeared in open court and abandoned the appeal and asked that the judgment of the lower court in favor of the defendant be affirmed, and it is so ordered.